EXHIBIT "A"

July 28, 2023

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103 USA

Attention:

MATTER: 6022-a
INVOICE: 1167

Thomas J. Prim
OBJECTION TO EXEMPTIONS

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-14-23 | Research re: structured settlements and exemptions | 2.40 | 1,080.00 | RWS |
| Apr-17-23 | Prepared Objection to Exemptions | 2.00 | 900.00 | RWS |
| Apr-18-23 | Additional research re: exemption issues & Qualified Orders | 2.40 | 1,080.00 | RWS |
| Apr-19-23 | Prepared final draft of Objection to Exemptions | 2.80 | 1,260.00 | RWS |
| May-05-23 | Initial research re: new exemptions claimed by the Debtor | 2.30 | 1,035.00 | RWS |
| May-11-23 | Review of State Court pleadings that resulted in Structured Settlement to prepare New Objection to Exemptions | 1.60 | 720.00 | RWS |
| May-12-23 | Research re: (d)(11)(D) exemption claimed by Debtor | 1.20 | 540.00 | RWS |
| May-17-23 | Prepared Second Objection to Exemptions | 3.40 | 1,530.00 | RWS |
| May-18-23 | Research re: new exemptions claimed by Debtor | 2.90 | 1,305.00 | RWS |
| | Prepared revised Second Objection to Exemptions | 3.10 | 1,395.00 | RWS |
| May-19-23 | Research re: tax consequences of structured settlements re: amended exemptions | 2.10 | 945.00 | RWS |
| May-30-23 | Telephone conference with Cibik and Assad re: settlement proposal | 0.10 | 45.00 | RWS |
| May-31-23 | Research re: additional research on amended exemptions claimed by Debtor | 1.30 | 585.00 | RWS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-02-23 | Prepared final revisions to Second Objection to Exemptions to incorporate Rule 2004 facts | 2.90 | 1,305.00 | RWS |
| Jun-12-23 | Prepared proposed terms for Consent Order | 0.40 | 180.00 | RWS |
| Jun-14-23 | Prepared Proposed Order re: Zoom Hearing on Objection to Exemptions | 0.30 | 135.00 | RWS |
| Jun-16-23 | Prepared email to Assad re: trying to resolve everything | 0.10 | 45.00 | RWS |
| Jul-06-23 | Prepared Subpoena re: Hearing on Objection to Exemption | 0.50 | 225.00 | RWS |
|  | Letter to Assad re: Hearing on Objection to Exemption | 0.30 | 135.00 | RWS |
| Jul-20-23 | Prepared Witness list re: hearing on Objection to Exemptions | 0.50 | 225.00 | RWS |
|  | Prepared Exhibit list re: hearing on Objection to Exemptions | 0.50 | 225.00 | RWS |
| Jul-25-23 | Review of proposed Settlement Terms | 0.10 | 45.00 | RWS |
| Jul-27-23 | (2) Telephone conferences with Assad re: potential settlement of pending motions | 0.30 | 135.00 | RWS |
|  | Review of Settlement Proposal | 0.20 | 90.00 | RWS |
|  | Totals | 33.70 | $15,165.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Robert W. Seitzer | 33.70 | $450.00 | $15,165.00 |

**Balance Due Now**                                          **$15,165.00**

July 28, 2023

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103 USA

MATTER: 6022-a
Attention:
INVOICE: 1168

Thomas J. Prim
OBJECTION TO MOTION TO CONVERT

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-02-23 | Research re: conversion to Chapter 13 | 0.90 | 405.00 | RWS |
| | Prepared Objection to Motion to Convert | 2.50 | 1,125.00 | RWS |
| Jun-07-23 | Review of Response to Objection to Motion to Convert | 0.30 | 135.00 | RWS |
| Jun-13-23 | Prepared request to Adjourn Hearing on Motion to Convert | 2.10 | 945.00 | RWS |
| Jun-14-23 | Review of Debtor's Response to Request to Adjourn Hearing on Motion to Convert | 0.10 | 45.00 | RWS |
| | Prepared for Hearing on Motion to Convert | 0.50 | 225.00 | RWS |
| | Telephonic Court Appearance re: Motion to Convert | 0.70 | 315.00 | RWS |
| | Totals | 7.10 | $3,195.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Robert W. Seitzer | 7.10 | $450.00 | $3,195.00 |

**Balance Due Now**      **$3,195.00**

July 28, 2023

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103 USA

MATTER: 6022-a
INVOICE: 1169

Attention:

Thomas J. Prim
BANKRUPTCY RULE 2004 EXAMINATION

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-15-23 | Letter to Assad re: 2004 Exam | 0.50 | 225.00 | RWS |
| May-22-23 | Prepared e-mail to Assad re: 2004 Exam | 0.10 | 45.00 | RWS |
|  | Prepared Notice of Rule 2004 Exam | 0.30 | 135.00 | RWS |
| Jun-01-23 | Prepared for Debtor's 2004 Exam | 1.10 | 495.00 | RWS |
|  | Prepared questions for Debtor's 2004 Exam | 1.20 | 540.00 | RWS |
| Jun-02-23 | Attend Debtor's Zoom 2004 Exam | 0.40 | 180.00 | RWS |
|  | Totals | 3.60 | $1,620.00 |  |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Robert W. Seitzer | 3.60 | $450.00 | $1,620.00 |

**Balance Due Now**     **$1,620.00**

July 28, 2023

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103 USA

MATTER: 6022-a
Attention:                                    INVOICE: 1166

Thomas J. Prim

**DISBURSEMENTS**

|            |                                                                      |        |
|------------|----------------------------------------------------------------------|--------|
|            | Research - Copy Charge                                               | 2.60   |
|            | Objection - Copy Charge                                              | 74.40  |
|            | Exhibits - Copy Charge                                               | 13.60  |
|            | Correspondence - Copy Charge                                         | 0.60   |
|            | Certificate of No Objection - Copy Charge                            | 0.60   |
|            | Motion - Copy Charge                                                 | 3.60   |
|            | Notice - Copy Charge                                                 | 4.00   |
|            | Fee Application - Copy Charge                                        | 5.00   |
| Apr-19-23  | Mail - Objection - 1 - Prim                                          | 2.52   |
| May-11-23  | Complaint and Answer from the Philadelphia Court of Common Pleas     | 10.50  |
| Jun-05-23  | Mail - Objection - 1 - Prim                                          | 2.28   |
| Jun-19-23  | Zoom Remote Video Conference of Thomas Prim, taken on 6/2/23 by Esquire | 435.00 |
| Jul-06-23  | Mail - Correspondence - 1 - Prim                                     | 0.60   |
| Jul-28-23  | Mail - Notice - 10 - Prim                                            | 6.30   |

Totals                                        $561.60

**Balance Due Now**                           **$561.60**