**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| THOMAS J. PRIM | : | BANKRUPTCY NO. 23-10256(AMC) |
| | : | |
| Debtor | : | |
| | : | |

**CONSENT ORDER APPROVING, IN PART, FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE FORMER CHAPTER 7 TRUSTEE, FOR THE
<u>PERIOD APRIL 14, 2023 THROUGH JULY 28, 2023</u>**

**AND NOW**, upon consideration of the First and Final Fee Application of Karalis PC (the "<u>Applicant</u>") for Compensation and Reimbursement of Expenses, as Counsel to the Former Chapter 7 Trustee, for the Period April 14, 2023 through July 28, 2023 (the "<u>Application</u>"), and the Objection of the Debtor being resolved in accordance with the terms of this Consent Order, it is hereby **ORDERED** that:

1. The Application is **APPROVED as modified herein**.

2. The Applicant is allowed compensation in the amount of $18,952.92 for services rendered and $561.60 for reimbursement of expenses for a total of $19,514.52.

3. The amount awarded herein is hereby made final.

**BY THE COURT:**

Dated: _____                _____
                                                                   ASHELY M. CHAN,
                                                                   UNITED STATES BANKRUPTCY JUDGE

**[SIGNATURE PAGE TO FOLLOW]**

**CONSENT IS HEREBY GIVEN
TO THE FORM, SUBSTANCE AND
ENTRY OF THE WITHIN ORDER:**

| | |
|---|---|
| **KARALIS PC** | **CIBIK LAW, P.C.** |
| By: /s/ Robert W. Seitzer | By: /s/ Michael A. Cibik |
|     Robert W. Seitzer (#87470) |     Michael A. Cibik (#23110) |
|     1900 Spruce Street |     Michael I. Assad (#330937) |
|     Philadelphia, PA 19103 |     1500 Walnut Street, Suite 900 |
|     (215) 546-4500 |     Philadelphia, PA 19102 |
| |     (215) 735-1060 |
|     rseitzer@karalislaw.com | |
| |     mail@cibiklaw.com |
| *Attorneys for the Former Chapter 7 Trustee* | *Attorneys for the Debtor* |
| Dated: October 17, 2023 | Dated: October 17, 2023 |