# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Thomas J. Prim, *Debtor*.

Case No. 23-10256-amc
Chapter 13

**Debtor's Objection to Claim No. 5
of Claimant Defense Finance and Accounting Service**

Debtor Thomas J. Prim, by and through his attorney, states as follows:

1. On January 9, 2024, Claimant Defense Finance and Accounting Service filed Claim No. 5 in the purported amount of $152,597.00. Exhibit A.

2. The Claimant is a governmental unit.

3. The last day for a governmental unit to timely file a proof of claim was July 26, 2023. 11 U.S.C. 502(b)(A); Fed. R. Bankr. P. 3002(c)(1).

4. The Bankruptcy Noticing Center served notice of this bankruptcy case on the Claimant on February 1, 2023. Exhibit B.

5. The Court must disallow Claim No. 5 because it is untimely. 11 U.S.C. 502(b)(9).

6. The Debtor objects to Claim No. 5 pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1.

For those reasons, the Debtor respectfully moves the Court to grant relief in the form of order attached and further in his favor, if necessary and proper under the law.

Dated: January 9, 2024

CIBIK LAW, P.C.

By: /s/ Michael I. Assad

Michael I. Assad (#330937)
Michael A. Cibik (#23110)
Edward Jacob Gruber (#334339)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

*Attorney for Debtor
Thomas J. Prim*