# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Thomas J. Prim, *Debtor*.

Case No. 23-10256-amc
Chapter 13

### Order Sustaining Debtor's Objection to Claim No. 5
### of Claimant Defense Finance and Accounting Service

After consideration of the Debtor's Objection to Claim No. 5 of Claimant Defense Finance and Accounting Service, and the Court finding that:

a. notice of the objection and hearing was served on the Claimant at the address listed on Claim No. 5 for service of notices,

b. notice of the objection and hearing was also served on Attorney General Merrick B. Garland and U.S. Attorney Jacqueline C. Romero,

c. a hearing on the objection was held, and

d. Claim No. 5 is untimely and therefore invalid,

it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. Claim No. 5 is **DISALLOWED** in its entirety.

Ashely M. Chan
U.S. Bankruptcy Judge