# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: Thomas J. Prim, *Debtor*.

Case No. 23-10256-amc
Chapter 13

**Certificate of Service**

I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein.

I further certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Debtor's Objection to Claim No. 5 of Claimant Defense Finance and Accounting Service

- Notice of Debtor's Objection to Claim No. 5 of Claimant Defense Finance and Accounting Service, and Hearing Date

Dated: January 9, 2024

Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

*Counsel for Debtor*
      *Thomas J. Prim*

**Mailing List Exhibit**

Defense Finance and Accounting Service
8899 E 56th Street
Indianapolis, IN 46249

Hon. Merrick B. Gardland
U.S. Department of Justice (DOD)
950 Pennsylvania Avenue, NW
Washington, DC 20530

Hon. Jacqueline C. Romero
U.S. Attorney's Office (DOD)
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106