# United States Bankruptcy Court
## Eastern District of Pennsylvania

| In re: | Case No. 23-10256-amc |
|---|---|
| Thomas J. Prim, | Chapter 13 |
| Debtor. | |

**Supplemental Memorandum of Law in Support of Debtor's Objection to Claim No. 5 of Claimant Defense Finance and Accounting Service**

As discussed at the hearing of April 10, 2024, the Clerk's noticing practices are inconsistent with respect to the governmental bar date in cases converted from chapter 7 to chapter 13.[1] Below is a list of all cases converted from chapter 7 to chapter 13 by debtors represented by Cibik Law, P.C. since December 1, 2017.[2] The original governmental bar date was printed on the Clerk's notice in every case, except those highlighted.

| Case No. | Date Filed | Date Converted | Gov't Bar Date |
|---|---|---|---|
| 23-13908 | 12/25/2023 | 02/07/2024 | 08/05/2024 |
| 23-11050 | 04/11/2023 | 09/21/2023 | 10/10/2023 |
| 23-11430 | 05/16/2023 | 09/07/2023 | 11/13/2023 |
| This Case | 01/27/2023 | 08/01/2023 | 01/08/2024 |
| 23-11013 | 04/06/2023 | 06/28/2023 | 10/03/2023 |
| 22-12742 | 10/13/2022 | 11/15/2022 | 04/11/2023 |
| 21-12276 | 08/18/2021 | 12/15/2021 | 02/14/2022 |
| 21-12833 | 10/18/2021 | 11/24/2021 | 04/16/2022 |
| 20-14011 | 10/07/2020 | 11/25/2020 | 04/05/2021 |
| 19-14592 | 07/22/2019 | 10/02/2019 | 01/18/2020 |

---

1. This statement is not intended pejoratively. The Debtor's counsel regularly practices in two other bankruptcy court districts and believes that the Eastern District of Pennsylvania has the best clerk's office, by far.

2. Before December 1, 2017, Fed R. Bankr. P. 3002 prescribed that proofs of claim be filed 90 days after the first scheduled meeting of creditors. The Debtor omitted cases converted before this date in the interest of providing an apples-to-apples comparison.

Date: April 10, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

2