# EXHIBIT A

03 May 2021

From: Midshipman Second Class Thomas J. Prim, USN,
▬▬▬▬ Class of 2022
To: Secretary of the Navy
Via: Superintendent, United States Naval Academy

Subj: ACKNOWLEDGMENT OF OPTIONS PERTAINING TO MY SEPARATION FROM THE NAVAL ACADEMY

Ref: (a) SECNAVINST 1531.4

1. I have been advised of and acknowledge the following pertaining to my pending separation from the Naval Academy:

    a. That I have incurred a two-year enlisted active duty service obligation by commencing my second class academic year;

    b. That if the Secretary of the Navy determines that I should be separated from the Naval Academy, I may be ordered to active duty enlisted service or if unsuitable for further naval service, I may be required to reimburse the government for the cost of my education at the Naval Academy in the amount of $152,587.00; and

    c. That I may petition the Secretary of the Navy for waiver of active duty service or monetary recoupment. Reasons for waiver are provided in reference (a).

2. Understanding the above, if I am required to fulfill a service or monetary recoupment obligation, my preference would be to:

    a. _____ serve on active duty to fulfill my obligation; or

    b. \_\_TJP\_\_ provide monetary recoupment in lieu of active duty service.

3. Final determination on your elections is at the discretion of the Secretary of the Navy.

Very respectfully,

[Signature]    03MAY21
Signature / Date

Witness
R. LOPEZ, JR.
CWO3, USN

# RECOUPMENT OF TUITION COSTS WORKSHEET

PRIM, T. J.   SS# 3010   CLASS OF 2022   JUL 18 THRU APR 21

(NAME)   LAST 4#   PERIOD OF USNA ATTENDANCE

JUL 18 thru SEP 18   $4,444.00   x   3   = $13,332.00

monthly amt.   no. FY months

OCT 18 thru SEP 19         = $53,281.00

OCT 19 thru SEP 20         = $52,920.00

OCT 20 thru APR 21   $4,722.00   x   7   = $33,054.00

month/yr.   month/yr.   monthly amt.   no. FY months

TOTAL = $152,587.00

*Projected amount (by Comptroller)

NOTE: ABOVE CALCULATION BASED ON FIGURES PROVIDED ANNUALLY BY THE UNITED STATES NAVAL ACADEMY COMPTROLLER.