**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Thomas J. Prim,<br><br>*Debtor*. | Case No. 23-10256-AMC<br>Chapter 13 |

### Response to Defense Finance and Accounting Service's
### Response to Debtor's Objection to Claim

The Defense Finance and Accounting Service had adequate notice of the Debtor's bankruptcy case, even though the Debtor's schedules listed the address of DFAS's Indiana headquarters instead of its preferred address in Ohio. The certificates of service filed by the Bankruptcy Noticing Center show as much:

Original Chapter 7 Meeting of Creditors Notice (ECF No. 7)

| 14751931 | EDI: DFAS.COM | | |
|---|---|---|---|
| | | Feb 01 2023 05:34:00 | Defense Finance and Accounting Service, 8899 E 56th St, Indianapolis, IN 46249-0002 |
| 14751932 | Hon. Jacqueline C. Romero, U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 | | |
| 14751933 | Hon. Merrick B. Garland, U.S. Department of Justice, 950 Pennsylvania Ave Nw, Washington, DC 20530-0009 | | |

Chapter 7 Asset Notice with Claim Deadline (ECF No. 14)

| 14751931 | EDI: DFAS.COM | | |
|---|---|---|---|
| | | Apr 15 2023 03:36:00 | Defense Finance and Accounting Service, 8899 E 56th St, Indianapolis, IN 46249-0002 |
| 14751932 | Hon. Jacqueline C. Romero, U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 | | |
| 14751933 | Hon. Merrick B. Garland, U.S. Department of Justice, 950 Pennsylvania Ave Nw, Washington, DC 20530-0009 | | |

Chapter 13 Meeting of Creditors/Claim Deadline Notice (ECF No. 59)

| 14751931 | EDI: DFAS.COM | | |
|---|---|---|---|
| | | Aug 08 2023 03:47:00 | Defense Finance and Accounting Service, 8899 E 56th St, Indianapolis, IN 46249-0002 |
| 14751932 | Hon. Jacqueline C. Romero, U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 | | |
| 14751933 | Hon. Merrick B. Garland, U.S. Department of Justice, 950 Pennsylvania Ave Nw, Washington, DC 20530-0009 | | |

The certificates indicate that each notice was sent by the BNC to DFAS via electronic data interchange (EDI), a service that is configured upon request of a creditor. That means that DFAS received each notice, and that DFAS wanted to receive notice that way. DFAS fails to explain how service of the first two notices was

inadequate when it admits that it received the third notice, which was sent by the same means.

A party that denies receiving timely notice of a bankruptcy case has the burden of proving it. *In re Mazik*, 592 B.R. 812, 818 (Bankr. E.D. Pa. 2018). The record, as outlined above, shows substantial evidence that DFAS received actual and constructive notice of this case from the beginning. The only evidence presented by DFAS is a regulation showing its preferred address, which is not proof that notice was not actually or constructively received. Besides, when DFAS finally filed a proof of claim, it listed the Indiana address for service of notices.

| 3.Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? |
|---|---|
| | Defense Finance and Accounting Service |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Name<br><br>8899 E 56th St<br>Indianapolis, IN 46249–0002 |

Because DFAS had notice of the bankruptcy case and has not met its burden of showing otherwise, the Court must sustain the Debtor's objection. Further, the Court must disregard DFAS's arguments about dischargability because they are not relevant to this proceeding. The rules provide that such claims must be brought before the Court in an adversary proceeding, not here.

Date: June 23, 2024                    CIBIK LAW, P.C.
                                       *Attorney for Debtor*

                                       By:_____

                                       Mike Assad (#330937)
                                       1500 Walnut Street, Suite 900
                                       Philadelphia, PA 19102
                                       215-735-1060
                                       help@cibiklaw.com