# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>  Thomas J. Prim,<br><br>          Debtor. | Case No. 23-10256-amc<br><br>Chapter 13 |

## Notice to the Court

As directed by the Court at the hearing of June 28, 2024, Claimant United States made an offer of settlement with respect to the Debtor's Objection to Claim No. 5 of Claimant Defense Finance and Accounting Service. The Debtor has rejected the Claimant's proposal and settlement cannot be achieved because the Claimant's demand insists impossible conditions. For that reason, the Debtor respectfully requests that the Court enter the proposed order attached to the objection at its earliest convenience.

Date: August 23, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com