| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10256-AMC**

Thomas J. Prim
1710 Martins Ln
Gladwyne  PA    19035-1122

Petition Filed Date: 01/27/2023
341 Hearing Date: 09/08/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/07/2023 | $125.00 | | 09/29/2023 | $125.00 | | 11/03/2023 | $125.00 | |
| 12/07/2023 | $125.00 | | 01/02/2024 | $125.00 | | 02/02/2024 | $125.00 | |
| 03/01/2024 | $125.00 | | 04/01/2024 | $125.00 | | 05/03/2024 | $125.00 | |
| 06/03/2024 | $125.00 | | 07/08/2024 | $125.00 | | | | |

**Total Receipts for the Period: $1,375.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL L ASSAD ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 001 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION »» 002 | Unsecured Creditors | $12,287.49 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC »» 003 | Unsecured Creditors | $1,688.79 | $0.00 | $0.00 |
| 4 | KARALIS PC »» 004 | Other Administrative Fees | $19,514.52 | $0.00 | $0.00 |
| 5 | DEFENSE FINANCE AND ACCOUNTING SERVICE »» 005 | Unsecured Creditors | $152,597.00 | $0.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10256-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,500.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $147.50 | Total Plan Base: | $42,500.00 |
| Funds on Hand: | $1,352.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.