# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Thomas J. Prim,

        Debtor.

Case No. 23-10256-AMC

Chapter 13

## Order Granting Motion to Modify Plan After Confirmation

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Thomas J. Prim, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 111 is **APPROVED**.

Date:

    Honorable Ashely M. Chan
    U.S. Bankruptcy Chief Judge