# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Thomas J. Prim,

        Debtor.

Case No. 23-10256-AMC

Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, and on the parties on the attached mailing list by first class mail.

- Second Amended Chapter 13 Plan

- Motion to Modify Plan After Confirmation

- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Date: November 21, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Karalis PC
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103