# Cibik Law, P.C.             INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 2/24/2025

Thomas J. Prim  
1710 Martins Ln  
Gladwyne, PA 19035-1122

### 2405-Prim

### Bankruptcy 23-10256

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 01/20/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Initial Consultation - discussed objectives with client, performed an initial financial analysis, and answered questions | 1.00 | $350.00 |
| 01/24/2023 | MAC | A104 Review/analyze B110 Case Administration: Reviewed documents provided by client, wrote memo to file | 1.50 | $525.00 |
| 01/27/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted bankruptcy petition, schedules, statements, and other documents | 2.7 | $945.00 |
| 01/27/2023 | IR | A111 Other B110 Case Administration: Filed bankruptcy petition and SSN statement | 0.10 | $15.00 |
| 01/27/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted matrix list of creditors using credit report and other documents | 0.40 | $140.00 |
| 01/27/2023 | IR | A111 Other B110 Case Administration: Filed matrix list of creditors | 0.10 | $15.00 |
| 04/08/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule A/B | 0.30 | $105.00 |
| 04/08/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule A/B | 0.10 | $15.00 |
| 04/08/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule C | 0.20 | $70.00 |
| 04/08/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule C | 0.10 | $15.00 |
| 05/02/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to convert case | 0.30 | $105.00 |
| 05/02/2023 | IR | A111 Other B110 Case Administration: Filed motion to convert case | 0.10 | $15.00 |
| 05/04/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule A/B | 0.30 | $105.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule A/B | 0.10 | $15.00 |
| 05/04/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule C | 0.20 | $70.00 |
| 05/04/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule C | 0.10 | $15.00 |
| 05/08/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule C | 0.20 | $70.00 |
| 05/08/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule C | 0.10 | $15.00 |
| 06/01/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule A/B | 0.30 | $105.00 |
| 06/01/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule A/B | 0.10 | $15.00 |
| 06/01/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule C | 0.20 | $70.00 |
| 06/01/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule C | 0.10 | $15.00 |
| 06/05/2023 | MA | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Prepared for meeting of creditors | 0.50 | $175.00 |
| 06/05/2023 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented debtor at 341 meeting of creditors | 0.40 | $140.00 |
| 06/07/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted response to trustee's objection to exemptions | 1.00 | $350.00 |
| 06/07/2023 | IR | A111 Other B110 Case Administration: Filed response to trustee's objection | 0.10 | $15.00 |
| 06/13/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted response to document filed by trustee | 0.50 | $175.00 |
| 06/13/2023 | IR | A111 Other B110 Case Administration: Filed response to document filed by trustee | 0.10 | $15.00 |
| 07/28/2023 | MA | AA103 Draft/revise B110 Case Administration: Drafted proposed consent order resolving trustee's objection to exemptions | 0.70 | $245.00 |
| 07/28/2023 | IR | A111 Other B110 Case Administration: Filed proposed consent order | 0.10 | $15.00 |
| 08/01/2023 | MA | AA103 Draft/revise B110 Case Administration: Drafted Chapter 13 Plan | 1.00 | $350.00 |
| 08/01/2023 | IR | A111 Other B110 Case Administration: Filed Chapter 13 Plan | 0.10 | $15.00 |

| | | | | |
|---|---|---|---|---|
| 08/01/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted amended schedule J | 0.30 | $105.00 |
| 08/01/2023 | IR | A111 Other B110 Case Administration: Filed amended schedule J | 0.10 | $15.00 |
| 08/17/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to application for compensation | 1.00 | $350.00 |
| 08/17/2023 | IR | A111 Other B110 Case Administration: Filed objection to application for compensation | 0.10 | $15.00 |
| 08/22/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed employee income records | 0.20 | $30.00 |
| 09/08/2023 | MA | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Prepared for meeting of creditors | 0.40 | $140.00 |
| 09/08/2023 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented debtor at 341 meeting of creditors | 0.30 | $105.00 |
| 10/11/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted first amended plan | 0.70 | $245.00 |
| 10/11/2023 | IR | A111 Other B110 Case Administration: Filed first amended plan | 0.10 | $15.00 |
| 12/12/2023 | IR | A111 Other B110 Case Administration: Drafted and filed pre-confirmation certification | 0.20 | $30.00 |
| 01/04/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted and filed means test | 0.40 | $140.00 |
| 01/04/2024 | IR | A111 Other B160 Fee/Employment Applications: Filed means test | 0.10 | $15.00 |
| 01/04/2024 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed amended disclosure of compensation | 0.10 | $15.00 |
| 01/08/2024 | IR | A103 Draft/revise B110 Case Administration: Drafted and filed amended disclosure of compensation | 0.10 | $15.00 |
| 01/09/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to claim number 5 | 0.60 | $210.00 |
| 01/09/2024 | IR | A111 Other B160 B110 Case Administration: Filed objection to claim number 5 | 0.10 | $15.00 |
| 04/07/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted memo in support of objection to claim number 5 | 1.2 | $320.00 |
| 04/07/2024 | IR | A111 Other B160 Fee/Employment Applications: Filed memo in support of objection to claim number 5 | 0.10 | $15.00 |

| Date | | Description | Quantity | Amount |
|---|---|---|---|---|
| 04/10/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted supplemental memo in support of objection to claim number 5 | 0.40 | $140.00 |
| 04/10/2024 | IR | A111 Other B110 Case Administration: Filed supplemental memo in support of objection to claim number 5 | 0.10 | $15.00 |
| 06/23/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted response to creditor's response to objection to claim number 5 | 0.50 | $175.00 |
| 06/23/2024 | IR | A111 Other B110 Case Administration: Filed response to creditor's response to objection to claim number 5 | 0.10 | $15.00 |
| 08/23/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted supplemental response to creditor's response to objection to claim number 5 | 0.20 | $70.00 |
| 08/23/2024 | IR | A111 Other B110 Case Administration: Filed supplemental response to creditor's response to objection to claim number 5 | 0.10 | $15.00 |
| 10/02/2024 | EJG | A109 Appear for/attend B110 Case Administration: Appeared on behalf of debtor at hearing on objection to claim number 5 | 0.50 | $175.00 |
| 02/24/2025 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time sheets and drafted fee application | 0.70 | $245.00 |
| 02/24/2025 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | **21.9** | |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 15.2 | $350.00 | $5,320.00 |
| Michael Cibik | Principal Attorney | 2.5 | $350.00 | $875.00 |
| Edward Gruber | Deputy Attorney | 1.2 | $350.00 | $420.00 |
| Iesha Reid | Senior Paralegal | 3.0 | $150.00 | $450.00 |

| | |
|---|---|
| **Quantity Total** | **21.9** |
| **Subtotal** | **$7,065.00** |
| **Total** | **$7,065.00** |
| **Payment (01/27/2023)** | **-$1,000.00** |
| **Balance Owing** | **$6,065.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due | Requested Amount |
|---|---|---|---|---|---|
| 1 | 02/24/2025 | $7,065.00 | $1,000.00 | $6,065.00 | $4,750.00 |

| | |
|---|---|
| **Outstanding Balance** | **$6,065.00** |
| **Amount Requested** | **$4,750.00** |