Certificate Number: 16339-PAE-DE-039522428

Bankruptcy Case Number: 23-10256



16339-PAE-DE-039522428

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2025, at 7:30 o'clock PM EDT, Thomas Prim completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 5, 2025                By:    /s/Kelley Tipton

                                     Name:  Kelley Tipton

                                     Title: Certified Financial Counselor